

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

*Michael Hardin*                              *970 Broad Street, 7ᵗʰ floor*                          *973-645-2798*
*Assistant United States Attorney*            *Newark, New Jersey 07102*

May 4, 2026

<u>**Via ECF**</u>

Hon. Madeline Cox Arleo, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

     **Re:**    ***William Valentin v. United States*, Civ. No. 26-4971 (MCA)**

Dear Judge Arleo,

     On April 30, 2026, William Valentin filed a *pro se* motion for relief pursuant to 28 U.S.C. § 2255.  ECF No. 1.  Valentin also requested a 90-day extension of time to file a memorandum of law in support of his motion.  ECF No. 2.  The Government does not oppose this latter request.  However, the Government reserves its right to object on statute of limitations grounds, *see* 28 U.S.C. § 2255(f)(1), if Valentin uses his memorandum of law to raise new grounds for relief that do not properly relate back to the claims asserted in his initial motion, *see* Fed. R. Civ. P. 15(c), *Mayle v. Felix*, 545 U.S. 644, 650, 644 (2005).

                        Respectfully submitted,

                        ROBERT FRAZER
                        United States Attorney

                        */s/ Michael A. Hardin*
      By:    MICHAEL A. HARDIN
                        Assistant United States Attorney